UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNARD BARNETT,<br><br>        Petitioner,<br><br>  -versus-<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | 90 Cr. 0913 (LAP)<br>19 Civ. 132 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Because Mr. Barnett's Section 2255 motions were denied on procedural grounds, he has not demonstrated violation of a constitutional right.  Accordingly, a certificate of appealability will not issue.

**SO ORDERED.**

Dated:  April 21, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior U.S. District Judge